**Fill in this information to identify the case:**

Debtor 1: Jerry Lee Clark

Debtor 2: Joan Nelson Clark
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Alabama

Case Number: 18-03496-JCO

Official Form 410S1
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Home Point Financial Corporation

**Court Claim No.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 4533

**Date of Payment Change:** 12/01/2019
Must be at least 21 days after date of this notice

**New Total Payment:** $769.61
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

    ☐ No.

    ☒ Yes. Attach a copy of the escrow account statement, prepared in a form consistant with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

    **Current Escrow Payment:** $186.48    **New Escrow Payment:** $185.65

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

    ☒ No.

    ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

    **Current Interest Rate:**    **New Interest Rate:**

    **Current Principal and Interest Payment:**    **New Principal and Interest Payment:**

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

    ☒ No.

    ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

    **Current Mortgage Payment:**    **New Mortgage Payment:**

Official Form 410S1    Notice of Mortgage Payment Change    Page 1

| Debtor 1 | Jerry Lee Clark | | | Case Number (if known) | 18-03496-JCO |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

☒ I am the creditor's attorney or authorized agent.

I declare under the penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

x /s/ Stephen Bulgarella                    Date 11/12/2019

Stephen Bulgarella (BUL-021)
Enslen Crowe (CRO-098)
Diane Murray (MUR-048)
Donald M. Wright (WRI-021)

Signature, as Attorney for Creditor

| Print: | Stephen | | Bulgarella | Title | Attorney for Creditor |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Company | Sirote & Permutt, P.C. | | | | |
| Address | 2311 Highland Avenue South | | | | |
| | Birmingham, AL  35205 | | | | |
| Contact Phone | (205) 918-5083 | | | Email | sbulgarella@sirote.com |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE: ) Case Number: 18-03496-JCO
)
Clark, Jerry Lee and Clark, Joan Nelson ) Chapter: 13
)
DEBTORS. )
)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of November, 2019, a copy of the Notice of Mortgage Payment Change filed by Home Point Financial Corporation was served on the following by first class mail:

Jerry Lee Clark
Joan Nelson Clark
5162 Southern Oaks Trail
Grand Bay, AL 36541

or via electronic case management:

James D. Patterson
Underwood & Riemer, PC
2153 Airport Boulevard
Mobile, AL 36606
jpatterson@alalaw.com

Daniel B. O'Brien
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633
cperry@ch13mob.com

Respectfully submitted,

/s/ Stephen Bulgarella

Stephen Bulgarella (BUL-021)
Enslen Crowe (CRO-098)
Diane Murray (MUR-048)
Donald M. Wright (WRI-021)
Attorney for Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
Telephone: (205) 918-5083



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. Box 619083
Dallas, TX 75261-9083

**ESCROW STATEMENT**

Analysis Date: October 18, 2019
Loan Number:
For Inquiries: 800.686.2404
Property Address: 5079 DAWES RD
GRAND BAY AL 36541

JERRY L CLARK
JOAN N CLARK
5162 SOUTHERN OAKS TRL
GRAND BAY AL 36541-3202

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

The following is an overview of your escrow account with Home Point Financial Corporation. It contains a snapshot of the anticipated disbursements for the coming year and the history of escrow payments made on your behalf in the prior year. Any potential adjustments due to increases or decreases with your escrowed items may affect your monthly escrow payment. If your escrow payment increases, your monthly mortgage payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Current | Effective 12/01/19 |
|---|---|---|
| Principal & Interest Pmt | $583.96 | $583.96 |
| Total Monthly Escrow Payment | $186.48 | $185.65 |
| Reserve Acct Pymt | $0.00 | $0.00 |
| HUD 235/265 Pymt (-) | $0.00 | $0.00 |
| Misc Acct Payment | $0.00 | $0.00 |
| **Total Payment** | **$770.44** | **$769.61** |

| Shortage/Surplus Information | Effective 12/01/19 |
|---|---|
| Upcoming Total Annual Bills | $2,227.71 |
| Required Cushion | $0.00 |
| Required Starting Balance | ($0.09) |
| Over/Short Spread | $0.00 |

**Cushion Calculation:** Because Home Point Financial does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $0.00. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Based upon federal or state regulations, if your escrow account is required to maintain a cushion, the minimum balance should not be below 1/6th or 1/12th of the anticipated payments from the account. If your escrow account is not required to maintain a cushion, a minimum balance is not required.

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due.

| Date | Anticipated Payments | | | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | $1,074.00 | ($0.09) |
| DEC 2019 | $185.65 | | | $1,259.65 | $185.56 |
| JAN 2020 | $185.65 | | | $1,445.30 | $371.21 |
| FEB 2020 | $185.65 | | | $1,630.95 | $556.86 |
| MAR 2020 | $185.65 | | | $1,816.60 | $742.51 |
| APR 2020 | $185.65 | | | $2,002.25 | $928.16 |
| MAY 2020 | $185.65 | | | $2,187.90 | $1,113.81 |
| JUN 2020 | $185.65 | | | $2,373.55 | $1,299.46 |
| JUL 2020 | $185.65 | | | $2,559.20 | $1,485.11 |
| AUG 2020 | $185.65 | | | $2,744.85 | $1,670.76 |
| SEP 2020 | $185.65 | | | $2,930.50 | $1,856.41 |
| OCT 2020 | $185.65 | $1,469.71 | COUNTY TAX | $1,646.44 | $572.35 |
| NOV 2020 | $185.65 | $758.00 | PROPERTY INS | $1,074.09 | $0.00 |
| | $2,227.80 | $2,227.71 | | | |



11511 Luna Road, Suite 200
Farmers Branch, TX 75234
(800) 686-2404

HOME POINT FINANCIAL CORPORATION
P. O. BOX 790309
ST LOUIS, MO 63179-0309

Home Point Financial Corporation
11511 Luna Road, Suite 200
Farmers Branch, TX 75234
800.686.2404

JERRY L CLARK
JOAN N CLARK
5162 SOUTHERN OAKS TRL
GRAND BAY AL 36541-3202

Property Address:
5079 DAWES RD
GRAND BAY AL 36541

Analysis Date: October 18, 2019

Loan Number:

## Annual Escrow Account Disclosure Statement
## Account History

The following statement of activity in your escrow account from October 2018 through November 2019 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | $0.00 | ($171.74) |
| DEC | | $860.55 * | | $758.00 * | HAZARD INS | $0.00 | ($69.19) |
| JAN | | $286.85 * | | | | $0.00 | $217.66 |
| FEB | | $286.85 * | | | | $0.00 | $504.51 |
| MAR | | $186.48 * | | | | $0.00 | $690.99 |
| APR | | $372.96 * | | | | $0.00 | $1,063.95 |
| MAY | | $186.48 * | | | | $0.00 | $1,250.43 |
| JUN | | $186.48 * | | | | $0.00 | $1,436.91 |
| AUG | | $186.48 * | | | | $0.00 | $1,623.39 |
| OCT | | $1,491.84 * | | $1,469.71 * | COUNTY TAX | $0.00 | $1,645.52 |
| NOV | | $186.48 * | | $758.00 * | PROPERTY INS | $0.00 | $1,074.00 |
| | | $4,231.45 | | $2,985.71 | | | |

An asterisk (*) Indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your ending balance from the last month of the account history (escrow balance anticipated) is $1,074.00. Your starting balance (escrow balance required) according to this analysis should be ($0.09). Please note that your remaining escrow shortage balance included in the Proof of Claim at bankruptcy filing is $0.00. This post-petition analysis shows a surplus of $1,074.09. If your surplus is less than $50.00 or you have a pre-petition escrow shortage, your surplus will not be returned to you as we have the additional option of keeping it and adjusting your monthly payments accordingly.

We anticipate the total of your coming year bills to be $2,227.71. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment: | $185.65 |
| Over/Short Spread: | $0.00 |
| Escrow Payment: | $185.65 |


EQUAL HOUSING LENDER
NMLS# 7706

**If you are a New York resident or your property is in the state of New York,** and you desire to file a complaint about Home Point Financial, you may file with the New York State Department of Financial Services and may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

Home Point Financial Corporation is a debt collector. Home Point Financial Corporation is attempting to collect a debt and any information obtained will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge of the debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.