IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

**Jerry Lee Clark**
**Joan Nelson Clark**

**Debtors.**

Case No.: 18-03496

Chapter 13

## RESPONSE/OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

COME NOW the Debtors, by and through the undersigned counsel, and files this response/objection to the Notice of Mortgage Payment Change [Doc. 52] filed by Home Point Financial Corporation on November 9, 2019 and states as follows:

1. Debtors dispute the mortgage payment change amount as their monthly payment is increasing from $986.90 to $1,071.64 due to an apparent escrow shortage.

2. The annual history attached to the creditors notice reports to show escrow payments missing from the months of December 2018 and January 2019. [Doc. 52]

3. Debtors made mortgage payments during those months and have attached a payment history provided by Home Point's counsel from the previous Motion for Relief from Stay [Doc. 41].

WHEREFORE, PREMISES CONSIDERED, Debtors pray that this Court will enter an order suspending the increase in payment change until the parties have had a chance to review the payment history, and for such other further and different relief as this Court deems appropriate in law or at equity.

Respectfully Submitted,

/s/ James D. Patterson
**James D. Patterson (PATTJ6485)**
**Attorney for Debtors**
**Underwood & Riemer, P.C.**
**2153 Airport Boulevard**
**Mobile, Alabama 36606**
**Phone: (251) 432-9212**
**Email: jpatterson@alalaw.com**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **RESPONSE/OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE** was served on the following parties as set forth herein on November 20, 2019.

The following parties were served by electronic mail through the Court's CM/ECF system:
- Daniel B. O'Brien, Chapter 13 Trustee, cperry@ch13mob.com
- Amanda M. Beckett on behalf of Creditor Home Point Financial Corporation
- Stephen Bulgarella on behalf of Creditor Home Point Financial Corporation
- Jacob Mauldin on behalf of Creditor Home Point Financial Corporation
- B. Andrew Monaghan on behalf of Creditor Home Point Financial Corporation
- D. Anthony Sottile on behalf of Creditor Home Point Financial Corporation
- Susannah R. Walker on behalf of Creditor Home Point Financial Corporation

The following parties were served via first class mail as set forth herein:
- Home Point Financial Corporation, c/o Sottile & Barile, LLC, 394 Wards Corner Road, Suite 180, Loveland, OH 45140
- Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234

/s/ James D. Patterson
James D. Patterson
