| Date Received | Post-Petition Funds Received | Post-Petition Payment / Funds Credited | Post-Petition Payment Satisfied | Post-Petition Suspense Balance | Loan Data | |
|---|---|---|---|---|---|---|
| | | | | $0.00 | **Name:** | |
| 9/20/18 | $937.22 | | | $937.22 | **Loan Number:** | |
| 10/23/18 | $986.90 | $986.90 | 9/1/18 | $937.22 | **BK Case:** | |
| 11/15/18 | $986.90 | $986.90 | 10/1/18 | $937.22 | **BK Filing Date:** | |
| 1/21/19 | $937.22 | $986.90 | 11/1/18 | $887.54 | **Current Date:** | |
| 2/20/19 | $937.22 | $986.90 | 12/1/18 | $837.86 | **Suspense:** | |
| 3/20/19 | $986.90 | $986.90 | 1/1/19 | $837.86 | **Post Due Date:** | |
| 4/18/19 | $937.22 | $986.90 | 2/1/19 | $788.18 | | |
| 5/16/19 | $937.22 | $986.90 | 3/1/19 | $738.50 | | |
| 6/14/19 | $937.22 | $986.90 | 4/1/19 | $688.82 | | |
| 7/18/19 | $937.22 | $986.90 | 5/1/19 | $639.14 | | |
| 7/19/19 | $986.90 | $986.90 | 6/1/19 | $639.14 | | |
| 8/15/19 | $937.22 | $986.90 | 7/1/19 | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |
| | | | | $589.46 | | |