UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION (SD) (Mobile)

| | |
|---|---|
| IN RE: | : CASE NO: 18-03496-JCO |
| | : CHAPTER: 13 |
| | : |
| JERRY LEE CLARK | : |
| JOAN NELSON CLARK | : |
|    Debtors | : |
| | : |

## WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE AT DOC 53

Comes now Home Point Financial Corporation, a secured creditor of the above-named Debtors, and respectfully requests that the Notice of Mortgage Payment Change filed in the above-styled case on November 12, 2019 at Doc 53 be **WITHDRAWN**.

This 25th day of November, 2019

/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

   I, Amanda Beckett of Rubin Lublin, LLC certify that on the 25th day of November, 2019, I caused a copy of the foregoing to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Jerry Lee Clark
5162 Southern Oaks Trail
Grand Bay, AL 36541

Joan Nelson Clark
5162 Southern Oaks Trail
Grand Bay, AL 36541

James D. Patterson
Underwood & Riemer, PC
2153 Airport Boulevard
Mobile, AL 36606

Daniel B. O`Brien, Trustee
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633

Executed on 11/25/19
By: /s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor