UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION (Mobile)

| | |
|---|---|
| IN RE: | : CASE NO: 18-03496-JCO |
| | : CHAPTER: 13 |
| JERRY LEE CLARK | : |
| JOAN NELSON CLARK, | : |
| Debtors. | : |
| ----------------------------------- | ----------------------------------- |
| JERRY LEE CLARK | : |
| JOAN NELSON CLARK, | : |
| Movant, | : CONTESTED MATTER |
| vs. | : |
| HOME POINT FINANCIAL CORPORATION, | : |
| Respondent. | : |

## RESPONSE TO RESPONSE/OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

COMES NOW Home Point Financial Corporation, for itself, its successors and/or assigns ("Respondent"), and shows this Honorable Court that, for the reasons set out below, the Court should deny the Debtors' Response/Objection to Notice of Mortgage Payment Change ("Objection"):

1.

Respondent asserts that it holds a valid mortgage on the Debtors' property located 5162 Southern Oaks Trail, Grand Bay, AL 36541 (the "Property"), *see claim #5*.

2.

Respondent filed a Notice of Mortgage Payment Change (the "Notice") on November 9, 2019 (Dkt. #52) listing a new post-petition mortgage payment amount of $1,071.64 effective with the December 1, 2019 payment. The Debtors objected to the Notice on the following grounds: "Debtors dispute the mortgage payment change amount as their monthly payment is increasing from $986.90 to

$1,071.64 due to an apparent escrow shortage. The annual history attached to the creditors notice reports to show escrow payments missing from the months of December 2018 and January 2019 [Doc. 52]. Debtors made mortgage payments during those months and have attached a payment history provided by Home Point's counsel from previous Motion for Relief from Stay [Doc. 41]."

3.

Respondent credited the Debtors' escrow account in the amount of $738.83 to cover the escrow shortage. Due to the new escrow analysis in which the shortage was credited, Respondent filed a new Notice of Mortgage Payment Change on January 17, 2020 (Dkt. #61) listing a post-petition mortgage payment amount of $1,010.07 effective with the March 1, 2020 payment. The payment amount of $1,010.07 contains no escrow shortage component. It is comprised of principal and interest in the amount of $671.52 and a required escrow component of $400.12. Respondent asserts the newly filed Notice of Mortgage Payment Change resolves all pending issues with the post-petition mortgage payment amount.

WHEREFORE, Respondent, for itself, its successors and/or assigns, prays that this Court inquire as to the matters raised herein and deny the Debtors' Response/Objection to Notice of Mortgage Payment Change and enter such orders and require such further inquiry as may appear appropriate to the Court.

Dated: <u>1/22/20</u>

<u>/s/ Amanda Beckett</u>
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Respondent

CERTIFICATE OF SERVICE

      I, Amanda Beckett of Rubin Lublin, LLC certify that on the 22nd day of January, 2020, I caused a copy of the Response to Response/Objection to Notice of Mortgage Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Jerry Lee Clark
5162 Southern Oaks Trail
Grand Bay, AL 36541

Joan Nelson Clark
5162 Southern Oaks Trail
Grand Bay, AL 36541

James D. Patterson, Esq.
Underwood & Riemer, PC
2153 Airport Boulevard
Mobile, AL 36606

Daniel B. O`Brien
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633

Executed on 1/22/20

By:/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Respondent